

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 3, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                                                    Case No. 24-30803-SWE-13
YULONDA PAUCELL WILSON
           Debtor

---

### Order Dismissing Chapter 13 Case pursuant to General Order 2021-05

---

On representation of the Standing Chapter 13 Trustee evidenced by the signature below that the Debtor failed to attend the Section 341 Meeting of Creditors and has provided no written reasonable explanation to the Trustee's office and/or Debtor failed to provide documents to the Trustee to establish identity as required by Section 521(h) of the Bankruptcy Code;

and that 7 days written notice of such failure was given to the Debtor and the Attorney for Debtor, if any, prior to submission hereof;

**IT IS THEREFORE ORDERED** that this case is hereby **DISMISSED, WITH PREJUDICE** to refiling a case under any Chapter of Title 11, U.S.C. for a period of one year.

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

Order Dismissing Chapter 13 Case Pursuant to General Order 2021-05,  Page 2
24-30803-SWE-13
YULONDA PAUCELL WILSON

**IT IS FURTHER ORDERED** that the above styled and numbered case will be closed twenty one days after the entry of this order provided that this is a single debtor case or a joint debtor case and both debtors are dismissed.

### ### End of Order ###

Signed:    /s/ Thomas D. Powers
           _____
           Chapter 13 Trustee

Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0757  (Fax)