

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 11, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                                                    Case No. 24-30803-SWE-13
YULONDA PAUCELL WILSON
      Debtor

---

### Order Denying Motion to Reinstate Chapter 13 Case

---

On August 29, 2024, came on for consideration the Motion to Reinstate Chapter 13 Case.

The Court finds that good cause exists for the entry of this Order; it is therefore

**ORDERED THAT** the Motion to Reinstate Chapter 13 Case is hereby denied, subject to the following conditions, if any:

**### End of Order ###**

Order Denying Motion to Reinstate Chapter 13 Case, Page 2
24-30803-SWE-13
YULONDA PAUCELL WILSON

Approved:  /s/ Thomas D. Powers
          Thomas D. Powers, Trustee
          State Bar # 16218700
          Office of the Standing Chapter 13 Trustee
          105 Decker Ct
          Suite 1150 11th Floor
          Irving, TX  75062
          (214) 855-9200 / (214) 965-0758  (Fax)